**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHIZHE SHEN and CHAORAN YU, | CASE NO. CV 21-6244 AS |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| IRENE MARTIN, San Bernardino Field Office Director, U.S. Citizenship and Immigration Services; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; MERRICK B. GARLAND, U.S. Attorney General, | |
| Defendants. | |

Pursuant to the Court's Memorandum Opinion and Order Directing Judgment in favor of Defendants, IT IS HEREBY ADJUDGED that Judgment is entered against Plaintiffs and in favor of Defendants

//

//

//

on all claims alleged in the Complaint, and that the above-captioned case is dismissed with prejudice.

DATED: April 18, 2022

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE